# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 23, 2008

132013 (70)

LAKE FOREST PARTNERS 2, INC.,
      Petitioner-Appellee,

v

DEPARTMENT OF TREASURY,
      Respondent-Appellant.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 132013
COA: 257417
MTT: 00-292089

On order of the Court, the motion for reconsideration of this Court's February 1, 2008 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.

CAVANAGH and KELLY, JJ., would grant reconsideration.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 23, 2008

_____
Clerk

t0416